

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: April 24, 2026.**

_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 26-10169-SMR** |
| | § | |
| **LISA SANCHEZ,** | § | |
| | § | |
| **DEBTOR.** | § | **CHAPTER 7** |

## ORDER TO APPEAR AND SHOW CAUSE

On January 30, 2026, the above-referenced Debtor (the "Debtor") filed for voluntary chapter 7 bankruptcy. On February 10, 2026, the Declaration for Electronic Filing Due Notice (the "E-Dec Notice") was sent to Debtor's counsel Daniel J. Ciment ("Ciment"). ECF No. 8. The E-Dec Notice stated that if the declaration for electronic filing was not filed by February 24, 2026, the case would be dismissed.

On February 12, 2026, the BNC Certificate of Mailing confirmed that Debtor and Ciment were sent the E-Dec Notice. ECF No. 9.

On March 12, 2026, the Court entered an Order Dismissing Case (the "Order Dismissing") at ECF No. 14 for Ciment's failure to file the declaration for electronic filing.

On March 12, 2026, Ciment, on behalf of Debtor, filed a declaration for electronic filing which was non-compliant with the Local Rules of the Western District of Texas Bankruptcy Court (the "Non-Compliant E-Dec") at ECF No. 15.

On March 12, 2026, Ciment, on behalf of Debtor, filed a *Motion to Vacate Dismissal Order and Reinstate Chapter 7 Case* (the "Original Motion to Vacate") which was non-compliant with the Local Rules of the Western District of Texas Bankruptcy Court. ECF No. 16. The Original Motion to Vacate used negative notice language that did not comply with Local Rule 9014-1(a). The Original Motion to Vacate did not have a separately uploaded proposed order as required by Local Rule 9013-1(b). The proposed order attached to the Original Motion to Vacate did not have a four-inch margin at the top, as needed for this Court's signature.

The Non-Compliant E-Dec and the Original Motion to Vacate were stricken for non-compliance at ECF No. 19 and ECF No. 20 respectively.

On March 17, 2026, Ciment, on behalf of Debtor, filed a *Motion to Vacate Dismissal Order and Reinstate Chapter 7 Case* (the "Motion to Vacate") at ECF No. 21. The Motion to Vacate again did not have a separately uploaded proposed order as required under Local Rule 9013-1(b).

On March 19, 2026, a live hearing was set for April 21, 2026 on the Debtor's Motion to Vacate. On March 21, 2026, the BNC Certificate of Mailing confirmed that Debtor and Ciment were sent notice of the live hearing. ECF No. 25.

Neither Debtor nor Ciment appeared at the April 21, 2026 hearing.

Based on issues raised by the Court at the live hearing, the Court seeks to ensure that Ciment is representing debtors in a manner that satisfies the minimum standards of practice for Chapter 7 bankruptcy practitioners in the Western District of Texas Bankruptcy Court.

Based on the foregoing, the Court finds that a show cause hearing should be held to determine whether Ciment is representing debtors in a manner that satisfies the minimum standards of practice for Chapter 7 bankruptcy practitioners in the Western District of Texas Bankruptcy Court. Accordingly,

**IT IS THEREFORE ORDERED** that Daniel J. Ciment, shall appear at a hearing commencing on **<u>Tuesday, May 12, 2026 at 1:35 p.m. (CT)</u> live in Austin Courtroom 1, 903 San Jacinto Blvd., Austin TX 78701,** so the Court can hear evidence on and determine the matters set forth above.

**IT IS FURTHER ORDERED** that the Court will allow Ciment to submit evidence and show cause/explain to the Court why Ciment:

1.  should not be required to disgorge all or a portion of his fees;

2.  should not be sanctioned; and/or

3.  should not be subject to such other relief as the Court deems reasonable and appropriate under the circumstances including but not limited to, attending additional legal education and training seminars.

**IT IS FURTHER ORDERED** that the Chapter 7 Trustee shall have standing to appear and be heard and present evidence on this show cause order.

**IT IS FURTHER ORDERED** that the Court reserves the right to order reasonable and appropriate sanctions against Ciment should he fail to appear at the **May 12, 2026** hearing.

**IT IS FURTHER ORDERED** that the above-referenced Debtor may attend the hearing via Zoom to be heard, but must remain on mute for the duration of the hearing unless otherwise approved or requested by the Court. The Court reserves the right to question the Debtor.  Zoom URL:  https://www.zoomgov.com/my/robinson.txwb  or  Call  669-254-5252  Meeting  ID:

161    0862    5245.    Instructions    are    available    on    the    Court's    website    at: https://www.txwb.uscourts.gov/honorable-shad-m-robinson-us-bankruptcy-judge.

**IT IS FURTHER ORDERED** that the Court retains jurisdiction to determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

# # #