IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| In Re:<br><br>Lisa Sanchez<br><br>    *Debtor* | CASE NO. 26-10169-smr<br>Chapter 7 |

RESPONSE TO ORDER TO APPEAR AND SHOW CAUSE

## I. Introduction

1. Daniel J. Ciment files this Response to the Court's Order to Appear and Show Cause entered April 24, 2026.

2. Mr. Ciment respectfully submits this Response to address the matters identified by the Court, including the filing deficiencies that resulted in dismissal of the case, the subsequent filings which were dismissed for failure to follow the local rules, and the failure to appear at the April 21, 2026 hearing.

3. Respondent further advises the Court of actions implemented to ensure compliance with the Local Rules of the United States Bankruptcy Court for the Western District of Texas and to ensure that debtors are represented at a level equal to or above the minimum standards of practice for Chapter 7 practitioners in this District.

## II. Specific admission or denial of factual allegations from Order to Show Cause as required by L.R. 9014-1 (b)(1).

4. ADMIT. Mr. Ciment admits that Debtor's bankruptcy was filed on January 30,

2026, a Declaration for Electronic Filing Due Notice was sent to him at Ciment Law Firm on February 10, 2026.  The Notice stated the case would be dismissed by February 24, 2026 should the declaration not be filed.

5. ADMIT.  On February 12, 2026, the BNC Certificate of Mailing confirmed the mailing of said E-Dec Notice.

6. ADMIT. The Court dismissed the case on March 12, 2026 for failure to file the E-Dec.

7. ADMIT.  On March 12, 2026, a non-compliant E-Dec was filed by Ciment for Debtor.

8. ADMIT.  Also on March 12, 2026, a Motion to Vacate Dismissal Order and Reinstate Chapter 7 Case was filed.  The Motion and Order both did not follow the Local rules.

9. ADMIT.  The Non-compliant E-Dec and Original Motion to Vacate were stricken.

10. ADMIT. On March 17, 2026, Ciment again filed a Motion to Vacate but again, the order was not separately uploaded.

11. ADMIT. On March 19, 2026, the court set a live hearing for April 21, 2026 on the Debtor's Motion to Vacate.

12. ADMIT in part, DENY in part.  Attorney Ciment did not appear at the April 21, 2026 hearing and neither did any attorney from Ciment Law Firm.  Debtor Lisa Sanchez did travel to the courthouse and waited for her attorney.  She looked into the department and seeing hearings occurring virtually, she remained in the hallway and contacted her counsel.

13. The Court entered the Show Cause Order setting a hearing for May 12, 2026 at 1:35 p.m. (CT), live in Austin Courtroom 1, 903 San Jacinto Blvd. , Austin, Texas 78701.

14. The Show Cause Order provides that the Court will allow Respondent to submit evidence and show cause/explain why Respondent: (a) should not be required to disgorge all or a portion of his fees; (b) should not be sanctioned; and/or (c) should not be subject to other relief the Court deems reasonable and appropriate, including additional legal education and training.

### III. Response and Corrective Actions

### A. Electronic declaration filing failures and remedial measures

14. Mr. Ciment acknowledges that the Declaration of Electronic Filing should be filed with the bankruptcy petition or within the days immediately following. The court had provided extra time for these Declarations and still they were not filed.

15. The failure of the law firm to correctly upload the signed electronic declarations was an internal process failure that Respondent has addressed through immediate corrective measures.

16. Specifically, the bankruptcy attorney that was overseeing Chapter 7 cases in the Western District has been terminated and a new attorney has been hired and is working with the staff in the office to ensure that filings are properly prepared, reviewed, and uploaded in compliance with applicable rules and procedures.

17. In addition, the firm has reviewed, revised, and implemented new filing policies and procedures that are specific to each district, including templates tailored specifically to the Western District of Texas Bankruptcy Court, to avoid recurrence of the issues that occurred with the both the Declaration of Electronic Filing as well as the motions to vacate and related proposed orders.

//

Response to Order to Appear and Show Cause

**B. Failure to appear at the April 21, 2026 hearing and client communications**

18. No attorney from the Ciment Law Firm appeared in the courtroom at the April 21, 2026 live hearing despite notice of the hearing having been received and calendared by the firm.

19. The attorney scheduled to appear in Austin for the hearing misunderstood a communication, which resulted in her failure to appear. Additionally, she did not confirm or seek clarification with the staff or Mr. Ciment, thereby allowing the misunderstanding to go unnoticed and resulting in the failure of any attorney from Ciment Law Firm to appear with the Debtor at the hearing. *See Declaration of Attorney Amy Beth Clark*, attached.

20. The Debtor was present but confused due to the absence of her attorney. The Ciment Law Firm has been in contact with the Debtor since that day, providing guidance and keeping her informed regarding the hearing set for May 12th.

21. Mr. Ciment and his staff regret the nonappearance and recognize the burden it imposed on the Court, the Debtor, and the Chapter 7 Trustee. Mr. Ciment represents that the firm's policies and procedures have been reviewed, revised and implemented to ensure that hearing notices are calendared, confirmed, and redundantly cross-checked to prevent any recurrence.

22. Furthermore, Ciment Law Firm is refunding all the legal fees to the Debtor and will be taking all necessary actions to ensure Debtor can get her discharge of debts and fresh start, including filing a new case at no charge, if needed.

**IV. Legal Standard and Requested Disposition**

23. This Court has authority to regulate attorney conduct and to impose appropriate remedies, including sanctions and fee disgorgement, as warranted under applicable law.

24. Respondent respectfully requests that the Court consider the corrective actions described above, Respondent's ongoing efforts to ensure compliance with the Local Rules of this District, and Respondent's continued communication with the Debtor.

25. Additionally, Ciment Law Firm, PLLC is refunding the entire attorneys' fee to Debtor as their representation in this matter has not been at the level of professionalism and reasonable competence to which the firm holds itself.

26. Respondent further requests that, to the extent the Court finds any remedy appropriate, the Court consider a remedial and educational approach tailored to preventing recurrence, including any training the Court deems appropriate, rather than punitive measures.

## V. Reservation and Appearance

27. Respondent will appear at the May 12, 2026 show cause hearing at 1:35 p.m. (CT) live in Austin Courtroom 1, as ordered.

28. Respondent will be prepared to present evidence and answer the Court's questions regarding the matters identified in the Show Cause Order.

## VI. Prayer

For the foregoing reasons, Respondent respectfully requests that the Court (1) accept this Response; (2) find that Respondent has implemented meaningful corrective measures to ensure compliance with this District's Local Rules and minimum standards of practice; (3) decline to order disgorgement and decline to impose sanctions; or, alternatively, (4) impose only such limited, remedial relief as the Court

//

//

deems reasonable and appropriate under the circumstances.

Respectfully submitted,

___/s/ *Daniel J. Ciment*___
Daniel J. Ciment
Ciment Law Firm, PLLC
221 Bella Katy Drive
Katy, TX 77494
346-307-9343
Daniel@cimentlawfirm.com

Response to Order to Appear and Show Cause

## Certificate of Service

I certify that on May 7, 2026 I served this Response and supporting declaration on the parties entitled to notice, including the Chapter 7 Trustee, via ECF and/or U.S. mail, consistent with the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the Western District of Texas.

*Chapter 7 Trustee*

Ron Satija

P.O. Box 660208

Austin, TX 78766

info@satijatrustee.com

*Debtor*

Lisa Sanchez

132 Skipping Stone Ln.

San Marcos, TX 78666

 */s/ Daniel J. Ciment*_____

Daniel Ciment

Response to Order to Appear and Show Cause