IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| In Re: | |
| Lisa Sanchez | CASE NO. 26-10169 |
| | Chapter 7 |
| *Debtor* | |

DECLARATION OF ATTORNEY AMY BETH CLARK IN SUPPORT OF RESPONSE TO ORDER TO APPEAR AND SHOW CAUSE

1. Now comes Declarant, Amy Beth Clark, consumer protection and bankruptcy attorney at Ciment Law Firm, PLLC and files this declaration in support of Response to Order to Appear and Show Cause.

2. My name is Amy Beth Clark and I am an attorney at Ciment Law Firm, PLLC. I am not the attorney of record in this matter, but I am admitted in the Western District of Texas Federal and Bankruptcy Courts and have practiced in each. The events below are all within my personal knowledge.

3. Our law firm has offices in Katy, Texas and in Fort Worth, Texas. I live in Buda, Texas and so am in between the two main offices – and in between San Antonio and Austin, two cities where I have formerly worked.

4. On or about March 19, 2026, I learned that there was a hearing on Debtor's Motion to Reopen in the bankruptcy case of Lisa Sanchez, Case number 26-10169-smr, who is in the Austin division. I volunteered to attend should an in person appearance be necessary, and I calendared the date and time and a reminder to check more into the case beforehand.

5. Unfortunately (and embarrassingly), when I reviewed the case file before the hearing, I misread the file notes. I am not sure how, but while the notes said that staff should request a virtual appearance so the Chapter 7 attorney could appear from Katy if possible, I noted on my calendar that the hearing was now virtual and I did not need to attend.

6. On the morning of the hearing, I received a phone call from the office, stating that our client was at the court. I called Ms. Sanchez and she stated that she was in the court hallway, waiting for me. She let me know that she had started to go into the courtroom, but she observed the court discussing matters with people who were remote and she saw few people but the judge and staff in the courtroom. Confused, she had retreated to the hallway to wait for me and I believe she missed the hearing being called due to my absence.

7. While I communicate daily with the bankruptcy team on various cases and issues, I failed to communicate about Lisa Sanchez's case and I failed to confirm that someone else was handling the hearing.

8. The bankruptcy staff in the Katy office did message me the afternoon before the hearing, but due to a busy schedule that particular day, I missed the message.

9. This failure to appear was completely my fault, especially as the notes in the case did not say the hearing was virtual and a reminder was sent through intra-office messaging.

10. I do use more reminders and double-checks for organization and calendaring than some, and not only is the bankruptcy team adjusting their procedures after this event, I am also reviewing my procedures to make sure //

Declaration of Attorney Amy Beth Clark in support of Response to Order to Appear and Show Cause

they align well with the firm.

I declare under penalty of perjury that the forgoing is true and correct.

Executed on this 7th day of May, 2026

Amy Beth Clark

Declaration of Attorney Amy Beth Clark in support of Response to Order to Appear and Show Cause