**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **Sanchez, Lisa** | § | |
| | § | |
| | § | **CASE NO.  26-10169** |
| **DEBTOR** | § | |

**PROOF OF REFUND ISSUED**

By: /s/ Daniel J Ciment
Daniel J Ciment
TBN: 24042581
Ciment Law Firm, PLLC
221 Bella Katy Drive
Katy, TX 7749
Phone: 346-307-9343
Fax : 833-663-3289
**Attorneys for Debtor(s)**


 **Money Sent**  Cancel

Sent to **Lisa Sanchez**



 In moments

# $2,374.00

| | |
|---|---|
| Transaction number | JPM99cgnh9pd |
| Pay from | Ciment Law Biz (...3869) |
| Send on | May 11, 2026 |
| Status | Completed |
| | Accepted on May 11, 2026 |
| Message to recipient | refund |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **IN RE** | § | |
| **Sanchez, Lisa** | § | CASE NO.  26-10169 |
| | § | |
| **Debtor** | § | **CHAPTER 7** |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the attached Proof of Refund Issued  has been served by first class United States Mail, Postage paid, or by Certified Mail Return Receipt Requested where indicated,or by electronic filing notification on all parties on the attached mailing matrix and the following:

Lisa Sanchez
132 Skipping Stone Ln
San Marcos, TX 78666

**Also by electronic mail:**

lisawar23@icloud.com

All other persons and entities on attached sheet(s), if any.

Ciment Law Firm, PLLC
/s/ Daniel J Ciment
Daniel J Ciment  TBN: 24042581
221 Bella Katy Drive
Katy, TX 77494
Phone: 833-663-3289
Fax : 833-663-3289
Attorneys for Debtor(s)