IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

In Re:

Lisa Sanchez

    *Debtor*

CASE NO. 26-10169
Chapter 7

ORDER GRANTING MOTION TO REINSTATE DISMISSED CHAPTER 7 BANKRUPTCY CASE
PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9024

Debtor Lisa Sanchez, through her counsel, presented to the Court the Motion to Reinstate Dismissed Chapter 7 Bankruptcy Case Pursuant to Federal Rule of Bankruptcy Procedure 9024, and the Court, having reviewed the motion, has decided it is meritorious.

ACCORDINGLY, IT IS ORDERED that the Motion is GRANTED, and Case No. 26-10169-smr is no longer closed or dismissed, but shall be open and active at this time.

### 

ORDER GRANTING MOTION TO REINSTATE DISMISSED CHAPTER 7 BANKRUPTCY CASE PURSUANT TO FEDERALRULE OF BANKRUPTCY PROCEDURE 9024

Prepared by:

Daniel J. Ciment
Ciment Law Firm, PLLC
221 Bella Katy Drive
Katy, TX 77494
346-307-9343
Daniel@cimentlawfirm.com

ORDER GRANTING MOTION TO REINSTATE DISMISSED CHAPTER 7 BANKRUPTCY CASE PURSUANT TO FEDERALRULE OF BANKRUPTCY PROCEDURE 9024