# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 26−10169−smr

Chapter No.: 7

Judge: Shad M Robinson

IN RE: **Lisa Sanchez** , Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at    Austin Courtroom 1, Homer Thornberry Judicial Bldg., 903 San Jacinto, Austin, TX 78701

on    **7/7/26  at  09:30 AM**

Hearing to Consider and Act Upon the Following: (Related Document(s): 33 Motion to Reinstate Case filed by Amy Elizabeth Clark−Downing for Debtor Lisa Sanchez ) Hearing Scheduled For 7/7/2026 at 09:30 AM at Austin Courtroom 1 ...COURT REQUESTS THE HEARING...THE DEBTOR IS REQUIRED TO ATTEND HEARING... (Lopez, Jennifer)

Dated:  6/4/26

Robert Joseph Lawson
Clerk, U. S. Bankruptcy Court

**[Hearing Notice (BK)]** [NtchrgBKapac]

United States Bankruptcy Court

Western District of Texas

In re:

Lisa Sanchez

     Debtor

Case No. 26-10169-smr

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0542-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 04, 2026 | Form ID: 134 | Total Noticed: 26 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa Sanchez, 132 Skipping Stone Ln, San Marcos, TX 78666-4277 |
| 19124157 | + | Carrington Mortgage Services, LLC, c/o Tromberg Miller Morris & Partners PL, 6080 Tennyson Parkway Suite 100, Plano, TX 75024-6002 |
| 19112785 | ++ | JEFFERSON CAPITAL SYSTEM LLC, MAILROOM, 200 14TH AVE E, SARTELL MN 56377-4500 address filed with court:, T-Mobile, 12920 Se 38th Street, Bellevue, WA 98006 |
| 19112780 | | LVNV Funding LLC/Resurgent Capital Services, Resurgent Correspondence, Attn: Bankrupt, Greenville, SC 29602 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: julie.parsons@mvbalaw.com | Jun 04 2026 22:39:00 | The County of Hays, McCreary, Veselka, Bragg & Allen, c/o Julie Anne Parsons, P.O. Box 1269, Round Rock, Tx 78680-1269, UNITED STATES 78680-1269 |
| 19143392 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 04 2026 22:39:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 19112771 | | Email/Text: BKBCNMAIL@carringtonms.com | Jun 04 2026 22:38:00 | Carrington Mortgage Services, 1600 S Douglass Rd Ste 110 & 200-A, Anaheim, CA 92806 |
| 19112770 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 04 2026 22:33:27 | Capital One, AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 19112772 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 04 2026 22:40:00 | Concora Credit, Genesis FS Card Services, PO Box 4477, Beaverton, OR 97076-4401 |
| 19112773 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 04 2026 22:33:36 | Cws/cw Nexus, 101 Crossways Park Dr W, Woodbury, NY 11797-2020 |
| 19112774 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 04 2026 22:40:00 | Destiny/Concora Credit, PO Box 96541, Charlotte, NC 28296-6541 |
| 19112775 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 04 2026 22:39:00 | GM Financial, 801 Cherry Street Suite 3600, Fort Worth, TX 76102-6855 |
| 19112776 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jun 04 2026 22:39:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 19132358 | + | Email/Text: Austin.Bankruptcy@lgbs.com | Jun 04 2026 22:39:59 | Hays CISD, c/o Diane W. Sanders, Linebarger Goggan Blair & Sampson, LLP, P.O. Box 17428, Austin, TX 78760-7428 |
| 19112777 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 04 2026 22:39:00 | Internal Revenuce Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 19112785 | | Email/Text: JCTMO_BNC_Notices@JCAP.COM | Jun 04 2026 22:40:00 | T-Mobile, 12920 Se 38th Street, Bellevue, WA 98006 |
| 19112781 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |

District/off: 0542-1 | User: admin | Page 2 of 3
Date Rcvd: Jun 04, 2026 | Form ID: 134 | Total Noticed: 26

| | | |
|---|---|---|
| | Jun 04 2026 22:33:27 | Merrick Bank, Resurgent Capital Services, P.O. Box 10368, Greenville, SC 29603-0368 |
| 19112782 Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 04 2026 22:45:19 | Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA 23541 |
| 19112779 Email/Text: BKLGL@THEISPC.COM | Jun 04 2026 22:39:00 | ISPC, Attn: Bankruptcy, 1115 Gunn Highway, Suite 100, Odessa, FL 33556 |
| 19112783 Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 04 2026 22:40:00 | Tbom/cci Mc, 14600 Northwest, Beaverton, OR 97006 |
| 19112784 ^ MEBN | Jun 04 2026 22:34:00 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 19120516 Email/Text: julie.parsons@mvbalaw.com | Jun 04 2026 22:39:00 | The County of Hays, Texas, c/o Julie Anne Parsons, McCreary, Veselka, Bragg & Allen, P.O. Box 1269, Round Rock, TX 78680-1269 |
| 19112786 ^ MEBN | Jun 04 2026 22:32:42 | UNITED STATES ATTORNEY GENERAL, 950 PENNSYLVANIE AVENUE, N.W., Washington, DC 20530-0009 |
| 19112787 + Email/Text: USATXW.BankruptcyNotices@usdoj.gov | Jun 04 2026 22:39:00 | UNITED STATES ATTORNEY'S OFFICE, 903 San Jacinto Blvd #334, Austin, TX 78701-2449 |
| 19112788 ^ MEBN | Jun 04 2026 22:31:57 | Utility Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 19112789 + Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Jun 04 2026 22:33:28 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus MAC X2303-01A, 3rd Floor, Des Moines, IA 50328-0001 |
| 19112790 + Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Jun 04 2026 22:33:36 | Wells Fargo/Dillard's, Attn: Bankruptcy, 1 Home Campus MAC X2303-01A 3rd FL, Des Moines, IA 50328-0001 |

TOTAL: 23

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 19112778 | * | Internal Revenue Service, 3651 South Interstate 35 Frontage Road, Austin, TX 78741 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2026 | Signature: | /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2026 at the address(es) listed below:

Name | Email Address

District/off: 0542-1

User: admin

Page 3 of 3

Date Rcvd: Jun 04, 2026

Form ID: 134

Total Noticed: 26

Amy Elizabeth Clark-Downing
on behalf of Debtor Lisa Sanchez amy@cimentlawfirm.com  cpfiling@cimentlawfirm.com;lawgrrl1@recap.email

Daniel J. Ciment
on behalf of Debtor Lisa Sanchez Daniel@cimentlawfirm.com CaseStatus@cimentlawfirm.com;CimentBKECF@gmail.com;CimentLawFirmPLLC@jubileebk.net

Diane W. Sanders
on behalf of Creditor Hays CISD austin.bankruptcy@publicans.com

Julie A. Parsons
on behalf of Creditor The County of Hays jparsons@mvbalaw.com amy.gates@mvbalaw.com;kalexander@mvbalaw.com;anne.garza@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Ron Satija
rsatija@haywardfirm.com szeigler@fsscommerce.com;RS135@trustesolutions.net;rsatija@ecf.inforuptcy.com;laura@satijatrustee.com

Trenita Jackson Stewart
on behalf of Creditor CARRINGTON MORTGAGE SERVICES  LLC tjstewart@mgs-legal.com, bankruptcy@mgs-legal.com

United States Trustee - AU12
ustpregion07.au.ecf@usdoj.gov

TOTAL: 7