**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: July 08, 2026**

_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 26-10169-SMR |
| | § | |
| LISA SANCHEZ, | § | |
| | § | |
| DEBTOR. | § | CHAPTER 7 |

### ORDER GRANTING DEBTOR'S MOTION TO REINSTATE CASE
**(Relates to ECF No. 33)**

Debtor Lisa Sanchez, through her counsel, presented to the Court the Motion to Reinstate Dismissed Chapter 7 Bankruptcy Case Pursuant to Federal Rule of Bankruptcy Procedure 9024 (the "Motion") at ECF No. 33.

On July 7, 2026, the Court held a hearing on the Motion. For the reasons set forth on the record, the Court grants the Motion and reinstates the Debtor's bankruptcy case.

**ACCORDINGLY, IT IS ORDERED** that the Motion is GRANTED, as cause exists to reinstate the Debtor's bankruptcy case.

**IT IS FURTHER ORDERED** that the Debtor's bankruptcy case is no longer closed or dismissed but shall be open and active at this time.

**IT IS FURTHER ORDERED** that the Chapter 7 Trustee shall not be re-appointed.

**IT IS FURTHER ORDERED** that the deadline to object to dischargeability or discharge under either 11 U.S.C. §§523 or 727 shall be extended to Monday, August 17, 2026.

**IT IS FURTHER ORDERED** that the Debtor shall be entitled to a discharge if no objection to dischargeability or discharge is filed by Monday, August 17, 2026.

**IT IS FURTHER ORDERED** that Debtor's counsel shall promptly service a copy of this Order on all creditors and parties in interest, informing them of the reinstatement of the Debtor's case and the renewed deadline to object to dischargeability or discharge, and shall promptly file an accurate certificate of service reflecting such service.

**IT IS FURTHER ORDERED** that this Court retains jurisdiction over all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

# # #