**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: July 08, 2026**

_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**
_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 26-10169-SMR** |
| | § | |
| **LISA SANCHEZ,** | § | |
| | § | |
| **DEBTOR.** | § | **CHAPTER 7** |

**ORDER GRANTING DEBTOR'S MOTION TO REINSTATE CASE**
**(Relates to ECF No. 33)**

Debtor Lisa Sanchez, through her counsel, presented to the Court the Motion to Reinstate Dismissed Chapter 7 Bankruptcy Case Pursuant to Federal Rule of Bankruptcy Procedure 9024 (the "Motion") at ECF No. 33.

On July 7, 2026, the Court held a hearing on the Motion. For the reasons set forth on the record, the Court grants the Motion and reinstates the Debtor's bankruptcy case.

**ACCORDINGLY, IT IS ORDERED** that the Motion is GRANTED, as cause exists to reinstate the Debtor's bankruptcy case.

**IT IS FURTHER ORDERED** that the Debtor's bankruptcy case is no longer closed or dismissed but shall be open and active at this time.

**IT IS FURTHER ORDERED** that the Chapter 7 Trustee shall not be re-appointed.

**IT IS FURTHER ORDERED** that the deadline to object to dischargeability or discharge under either 11 U.S.C. §§523 or 727 shall be extended to Monday, August 17, 2026.

**IT IS FURTHER ORDERED** that the Debtor shall be entitled to a discharge if no objection to dischargeability or discharge is filed by Monday, August 17, 2026.

**IT IS FURTHER ORDERED** that Debtor's counsel shall promptly service a copy of this Order on all creditors and parties in interest, informing them of the reinstatement of the Debtor's case and the renewed deadline to object to dischargeability or discharge, and shall promptly file an accurate certificate of service reflecting such service.

**IT IS FURTHER ORDERED** that this Court retains jurisdiction over all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

# # #

United States Bankruptcy Court

Western District of Texas

In re:

Lisa Sanchez

    Debtor

Case No. 26-10169-smr

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0542-1

Date Rcvd: Jul 08, 2026

User: admin

Form ID: pdfapac

Page 1 of 3

Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Lisa Sanchez, 132 Skipping Stone Ln, San Marcos, TX 78666-4277 |
| 19124157 | + | Carrington Mortgage Services, LLC, c/o Tromberg Miller Morris & Partners PL, 6080 Tennyson Parkway Suite 100, Plano, TX 75024-6002 |
| 19112780 | | LVNV Funding LLC/Resurgent Capital Services, Resurgent Correspondence, Attn: Bankrupt, Greenville, SC 29602 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | + | Email/Text: julie.parsons@mvbalaw.com | Jul 08 2026 23:56:00 | The County of Hays, McCreary, Veselka, Bragg & Allen, c/o Julie Anne Parsons, P.O. Box 1269, Round Rock, Tx 78680-1269, UNITED STATES 78680-1269 |
| 19143392 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 08 2026 23:56:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 19112771 | | Email/Text: BKBCNMAIL@carringtonms.com | Jul 08 2026 23:55:00 | Carrington Mortgage Services, 1600 S Douglass Rd Ste 110 & 200-A, Anaheim, CA 92806 |
| 19112770 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 09 2026 00:08:19 | Capital One, AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 19112772 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jul 08 2026 23:57:00 | Concora Credit, Genesis FS Card Services, PO Box 4477, Beaverton, OR 97076-4401 |
| 19112773 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 09 2026 00:08:19 | Cws/cw Nexus, 101 Crossways Park Dr W, Woodbury, NY 11797-2020 |
| 19112774 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jul 08 2026 23:57:00 | Destiny/Concora Credit, PO Box 96541, Charlotte, NC 28296-6541 |
| 19112775 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 08 2026 23:56:00 | GM Financial, 801 Cherry Street Suite 3600, Fort Worth, TX 76102-6855 |
| 19112776 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 08 2026 23:56:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 19132358 | + | Email/Text: Austin.Bankruptcy@lgbs.com | Jul 08 2026 23:56:00 | Hays CISD, c/o Diane W. Sanders, Linebarger Goggan Blair & Sampson, LLP, P.O. Box 17428, Austin, TX 78760-7428 |
| 19112777 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 08 2026 23:56:00 | Internal Revenuce Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 19112785 | | Email/Text: JCTMO_BNC_Notices@JCAP.COM | Jul 08 2026 23:56:00 | T-Mobile, 12920 Se 38th Street, Bellevue, WA 98006 |
| 19112781 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 09 2026 00:08:46 | Merrick Bank, Resurgent Capital Services, P.O. Box 10368, Greenville, SC 29603-0368 |
| 19112782 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 09 2026 00:08:46 | Portfolio Recovery Associates, LLC, P.O. Box |

Date Rcvd: Jul 08, 2026      Form ID: pdfapac      Total Noticed: 26

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 12914, Norfolk, VA 23541 |
| 19112779 | | Email/Text: BKLGL@THEISPC.COM | Jul 08 2026 23:56:00 | ISPC, Attn: Bankruptcy, 1115 Gunn Highway, Suite 100, Odessa, FL 33556 |
| 19112783 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Jul 08 2026 23:57:00 | Tbom/cci Mc, 14600 Northwest, Beaverton, OR 97006 |
| 19112784 | ^ | MEBN | Jul 08 2026 23:56:17 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 19120516 | | Email/Text: julie.parsons@mvbalaw.com | Jul 08 2026 23:56:00 | The County of Hays, Texas, c/o Julie Anne Parsons, McCreary, Veselka, Bragg & Allen, P.O. Box 1269, Round Rock, TX 78680-1269 |
| 19112786 | ^ | MEBN | Jul 08 2026 23:55:02 | UNITED STATES ATTORNEY GENERAL, 950 PENNSYLVANIE AVENUE, N.W., Washington, DC 20530-0009 |
| 19112787 | + | Email/Text: USATXW.BankruptcyNotices@usdoj.gov | Jul 08 2026 23:56:00 | UNITED STATES ATTORNEY'S OFFICE, 903 San Jacinto Blvd #334, Austin, TX 78701-2449 |
| 19112788 | ^ | MEBN | Jul 08 2026 23:54:37 | Utility Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 19112789 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Jul 09 2026 00:08:19 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus MAC X2303-01A, 3rd Floor, Des Moines, IA 50328-0001 |
| 19112790 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Jul 09 2026 00:08:03 | Wells Fargo/Dillard's, Attn: Bankruptcy, 1 Home Campus MAC X2303-01A 3rd FL, Des Moines, IA 50328-0001 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 19112778 | * | Internal Revenue Service, 3651 South Interstate 35 Frontage Road, Austin, TX 78741 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2026      Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amy Elizabeth Clark-Downing | on behalf of Debtor Lisa Sanchez amy@cimentlawfirm.com  cpfiling@cimentlawfirm.com;lawgrrl1@recap.email |
| Daniel J. Ciment | on behalf of Debtor Lisa Sanchez Daniel@cimentlawfirm.com |

District/off: 0542-1                          User: admin                          Page 3 of 3

Date Rcvd: Jul 08, 2026                       Form ID: pdfapac                     Total Noticed: 26

CaseStatus@cimentlawfirm.com;CimentBKECF@gmail.com;CimentLawFirmPLLC@jubileebk.net

Diane W. Sanders

on behalf of Creditor Hays CISD austin.bankruptcy@publicans.com

Julie A. Parsons

on behalf of Creditor The County of Hays jparsons@mvbalaw.com
amy.gates@mvbalaw.com;kalexander@mvbalaw.com;anne.garza@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Ron Satija

rsatija@haywardfirm.com
szeigler@fsscommerce.com;RS135@trustesolutions.net;rsatija@ecf.inforuptcy.com;laura@satijatrustee.com

Trenita Jackson Stewart

on behalf of Creditor CARRINGTON MORTGAGE SERVICES  LLC tjstewart@mgs-legal.com, bankruptcy@mgs-legal.com

United States Trustee - AU12

ustpregion07.au.ecf@usdoj.gov


TOTAL: 7