**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Lisa Sanchez<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–6064 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Western District of Texas | | |
| Case number: | 26–10169–smr | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Lisa Sanchez

9/10/26

**For the court:**

Robert Joseph Lawson
Clerk of the Bankruptcy Court

---

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Texas

In re: Case No. 26-10169-smr

Lisa Sanchez Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0542-1 User: admin Page 1 of 3

Date Rcvd: Sep 10, 2026 Form ID: 318 Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa Sanchez, 132 Skipping Stone Ln, San Marcos, TX 78666-4277 |
| 19124157 | + | Carrington Mortgage Services, LLC, c/o Tromberg Miller Morris & Partners PL, 6080 Tennyson Parkway Suite 100, Plano, TX 75024-6002 |
| 19112780 | | LVNV Funding LLC/Resurgent Capital Services, Resurgent Correspondence, Attn: Bankrupt, Greenville, SC 29602 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | Sep 10 2026 23:59:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |
| cr | + | Email/Text: jessica.cousineau@mvbalaw.com | Sep 10 2026 23:59:00 | The County of Hays, McCreary, Veselka, Bragg & Allen, c/o Julie Anne Parsons, P.O. Box 1269, Round Rock, Tx 78680-1269, UNITED STATES 78680-1269 |
| 19143392 | | EDI: PHINAMERI.COM | Sep 11 2026 03:49:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 19112771 | | Email/Text: BKBCNMAIL@carringtonms.com | Sep 10 2026 23:58:00 | Carrington Mortgage Services, 1600 S Douglass Rd Ste 110 & 200-A, Anaheim, CA 92806 |
| 19112770 | + | EDI: CAPITALONE.COM | Sep 11 2026 03:49:00 | Capital One, AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 19112772 | + | EDI: PHINGENESIS | Sep 11 2026 03:49:00 | Concora Credit, Genesis FS Card Services, PO Box 4477, Beaverton, OR 97076-4401 |
| 19112773 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 11 2026 00:02:30 | Cws/cw Nexus, 101 Crossways Park Dr W, Woodbury, NY 11797-2020 |
| 19112774 | + | EDI: PHINGENESIS | Sep 11 2026 03:49:00 | Destiny/Concora Credit, PO Box 96541, Charlotte, NC 28296-6541 |
| 19112775 | + | EDI: PHINAMERI.COM | Sep 11 2026 03:49:00 | GM Financial, 801 Cherry Street Suite 3600, Fort Worth, TX 76102-6855 |
| 19112776 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 10 2026 23:59:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 19132358 | + | Email/Text: Austin.Bankruptcy@lgbs.com | Sep 10 2026 23:59:00 | Hays CISD, c/o Diane W. Sanders, Linebarger Goggan Blair & Sampson, LLP, P.O. Box 17428, Austin, TX 78760-7428 |
| 19112777 | | EDI: IRS.COM | Sep 11 2026 03:49:00 | Internal Revenuce Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 19112785 | | EDI: JCTM | Sep 11 2026 03:49:00 | T-Mobile, 12920 Se 38th Street, Bellevue, WA 98006 |
| 19112781 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Sep 11 2026 00:02:30 | Merrick Bank, Resurgent Capital Services, P.O. Box 10368, Greenville, SC 29603-0368 |
| 19112782 | | EDI: PRA.COM | Sep 11 2026 03:49:00 | Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA 23541 |
| 19112779 | | Email/Text: BKLGL@THEISPC.COM | Sep 10 2026 23:59:00 | ISPC, Attn: Bankruptcy, 1115 Gunn Highway, Suite 100, Odessa, FL 33556 |
| 19112783 | | EDI: PHINGENESIS | Sep 11 2026 03:49:00 | Tbom/cci Mc, 14600 Northwest, Beaverton, OR 97006 |
| 19112784 | ^ | MEBN | Sep 10 2026 23:58:23 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 19120516 | | Email/Text: jessica.cousineau@mvbalaw.com | Sep 10 2026 23:59:00 | The County of Hays, Texas, c/o Julie Anne Parsons, McCreary, Veselka, Bragg & Allen, P.O. Box 1269, Round Rock, TX 78680-1269 |
| 19112786 | ^ | MEBN | Sep 10 2026 23:57:59 | UNITED STATES ATTORNEY GENERAL, 950 PENNSYLVANIE AVENUE, N.W., Washington, DC 20530-0009 |
| 19112787 | + | Email/Text: USATXW.BankruptcyNotices@usdoj.gov | Sep 10 2026 23:59:00 | UNITED STATES ATTORNEY'S OFFICE, 903 San Jacinto Blvd #334, Austin, TX 78701-2449 |
| 19112788 | ^ | MEBN | Sep 10 2026 23:57:03 | Utility Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 19112789 | + | EDI: WFHOME | Sep 11 2026 03:49:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus MAC X2303-01A, 3rd Floor, Des Moines, IA 50328-0001 |
| 19112790 | + | EDI: WFHOME | Sep 11 2026 03:49:00 | Wells Fargo/Dillard's, Attn: Bankruptcy, 1 Home Campus MAC X2303-01A 3rd FL, Des Moines, IA 50328-0001 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 19112778 | * | Internal Revenue Service, 3651 South Interstate 35 Frontage Road, Austin, TX 78741 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|

| | |
|---|---|
| Amy Elizabeth Clark-Downing | on behalf of Debtor Lisa Sanchez amy@cimentlawfirm.com cpfiling@cimentlawfirm.com;lawgrrl1@recap.email |
| Daniel J. Ciment | on behalf of Debtor Lisa Sanchez Daniel@cimentlawfirm.com CaseStatus@cimentlawfirm.com;CimentBKECF@gmail.com;CimentLawFirmPLLC@jubileebk.net |
| Diane W. Sanders | on behalf of Creditor Hays CISD austin.bankruptcy@publicans.com |
| Jessica L Cousineau | on behalf of Creditor The County of Hays jessica.cousineau@mvbalaw.com amy.gates@mvbalaw.com;karla.alexander@mvbalaw.com;anne.garza@mvbalaw.com |
| Trenita Jackson Stewart | on behalf of Creditor CARRINGTON MORTGAGE SERVICES LLC tjstewart@mgs-legal.com, bankruptcy@mgs-legal.com |
| United States Trustee - AU12 | ustpregion07.au.ecf@usdoj.gov |

TOTAL: 6